1  **WO**

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE DISTRICT OF ARIZONA

4

5  United States of America,                 )
                                              )   Case No. 11-04127M-002-PCT-MEA
6         Plaintiff,                         )
                                              )   TEMPORARY DETENTION ORDER
7  vs.                                       )   FOR INTAKE ASSESSMENT
                                              )
8                                             )
    Gena Marie Neuroth,                       )
9                                             )
          Defendant.                          )
10                                            )
                                              )
11

12        Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a

13 detention hearing was held. Upon recommendation of Pretrial Services, the defendant is

14 ordered detained pending an intake assessment for placement at Guiding Star Lodge in

15 Phoenix, Arizona or other facility as designated by Pretrial Services.  Should defendant

16 qualify for such placement, defendant shall be released upon conditions set by this Court,

17 including pretrial residency at said facility, as conditions do exist which would reasonably

18 assure the safety of others and the appearance of the defendant.  Should defendant not so

19 qualify, the release conditions set by this Court shall be vacated and defendant shall be

20 detained pending trial as there are no conditions or combination of conditions which would

21 reasonably assure the safety of others or the appearance of the defendant.

22        The Pretrial Services Officer is ordered to timely notify this Court of the defendant's

23 intake assessment results, and if found acceptable, the date and time the facility will provide

24 transportation from the Sandra Day O'Connor Courthouse for defendant.

25        DATED this 27th day of May, 2011.

26                                 _____
                                        Mark E. Aspey
27                                 United States Magistrate Judge

28